44 So.2d 924

### Vester TAYLOR, Jr. v. STATE.
### 7 Div. 10.

Court of Appeals of Alabama.
Feb. 22, 1950.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

Attempted grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

51 So.2d 919

### Ganum TAYLOR v. STATE.
### 8 Div. 970.

Court of Appeals of Alabama.
Jan. 30, 1951.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

PER CURIAM.

Affirmed.

48 So.2d 894

### David TAYLOR v. STATE.
### 8 Div. 938.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Assault with weapon.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 924

### Marvin TERRY v. STATE.
### 8 Div. 871.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 924

### Marvin TERRY v. STATE.
### 8 Div. 873.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

48 So.2d 894

### Harrison TERRY v. STATE.
### 8 Div. 926.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.